UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHARAN NAGESH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BMW OF NORTH AMERICA, LLC,<br><br>　　　　　Defendant. | No. 2:18-CV-00839-KJM-EFB<br><br><br>ORDER |

On September 5, 2019, plaintiff Sharan Nagesh filed a Notice of Conditional Settlement. ECF No. 21. On September 9, 2019, the court issued a minute order requiring dispositional documents to be filed no later than September 26, 2019. ECF No. 22. To date, plaintiff has not filed dispositional documents.

Accordingly, plaintiff is hereby ORDERED to SHOW CAUSE within fourteen (14) days why he should not be sanctioned $250 for noncompliance with the court's order or why this action should not be dismissed for failure to prosecute.

IT IS SO ORDERED

DATED: March 24, 2020.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE